FILED

2019 MAR 12  AM 9: 12

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF(S) | 19 MJ00987 |
| v. | | |
| Ali Khosrashahi | DEFENDANT(S). | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: _Morzthat_
in the _____ District of _messiachuseffs_ on _3/5/2019_
at _____ ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about _____
in violation of Title _18_ U.S.C., Section(s) _1961 d_
to wit: _____

A warrant for defendant's arrest was issued by: _r. Pye Kelley_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____  _3|12|19_ _____ , by

_Cindy Ollir_ _____ Deputy Clerk.

Signature of Agent _____        Print Name of Agent _Timothy A. Jacoby II_

Agency _FBI_        Title _Special Agent_

CR-52 (05/98)                    **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**