FILED

2019 MAR 12 AM 9:12

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Ali Khosroshahin   **DEFENDANT** | **PLAINTIFF** | CASE NUMBER:<br>**19 MJ00987**<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 3/12/2019  6:05  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   Conspiracy to commit racketeering (18 USC 1961 d)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1970

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Devon

10. Remarks (if any): _____

11. Name: SA Timothy A. Jacoby II  (please print)

12. Office Phone Number: 714-939-3242     13. Agency: FBI

14. Signature: /s/ Timothy G. Jacoby II      15. Date: 03/12/2019