MICHAEL ARTAN
One Wilshire Blvd #2200
Los Angeles CA 90017
michaelartan@yahoo.com

FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2019

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 19-MJ-00987 |
| v. | |
| ALI KHOSROSHAHIN | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Michael Artan**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

3/12/19
Date

_[signature]_
Defendant's Signature

Los Angeles CA
City and State

## APPEARANCE OF COUNSEL

I, **Michael Artan**, Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

3/12/19
Date

97393
California State Bar Number

_[signature]_ MA
Attorney's Signature

One Wilshire Blvd #2200
Street Address

Los Angeles, CA 90017
City, State, Zip Code

213/688-0370     213/627-9201
Telephone Number     Fax Number

michaelartan@yahoo.com
E-mail Address

CR-14 (01/07)          DESIGNATION AND APPEARANCE OF COUNSEL